UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mohammed Reza Enayat</u>

    v.                        Civil No. 07-cv-072-JD

<u>United States of America</u>

<u>O R D E R</u>

The petitioner has requested that the court issue a Certificate of Appealability.

The court finds that the petitioner has not made a substantial showing of the denial of a constitutional right. Therefore, the motion is denied.

SO ORDERED.

                                          Joseph A. DiClerico, Jr.
                                        United States District Judge

May 1, 2008

cc:  Edward J. Juel, Esquire
     Aixa Maldonado-Quinones, Esquire